IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR 20-201 R |
| | ) | |
| GARET LEE BALLAGH, | ) | Violation: 18 U.S.C. § 922(b)(5) |
| | ) | |
| Defendant. | ) | |

FILED
AUG 04 2020
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY ___kw___ , DEPUTY

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
(Failure by Federally Licensed Dealer to Keep Proper Records)

On or about March 16, 2019, in Oklahoma County, in the Western District of Oklahoma,

-------------------------------------- GARET LEE BALLAGH, --------------------------------

a federally-licensed firearms dealer doing business as Ballagh Industries LLC, did willfully sell and deliver to D.J., a firearm, that is a Smith & Wesson, model SD9VE, 9mm caliber pistol, bearing serial number FEB8140, without noting in his records the name, age, and place of residence of said purchaser, as required to be kept by law pursuant to Title 18, United States Code, Section 923.

All in violation of Title 18, United States Code, Section 922(b)(5), the penalty for which is found at Title 18, United States Code, Section 924(a)(1)(D).

A TRUE BILL:

/s/ Brenda Dorsey

FOREPERSON OF THE GRAND JURY

TIMOTHY J. DOWNING
United States Attorney

NICK COFFEY
Assistant United States Attorney